# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DANIEL CORDOVA HELLON,**

    Petitioner,

vs.                                     Case Number 4:06cv393-SPM/WCS

**ALBERTO GONZALES,**
**MICHAEL CHERTOFF,**
**MICHAEL ROZOS,**
**DAVID WING,**
**DAVID HARVEY, and the**
**DEPARTMENT OF**
**HOMELAND SECURITY**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case on August 25, 2006, doc. 1, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner asserted that he had been held in detention for over two years and alleged that his native county of Bolivia would not issue travel documents. Thus, Petitioner alleged that Respondents would be unable to remove him and he sought release under Zadvydas v. Davis, 533 U.S. 678 (2001). Id.

Respondents filed a motion to dismiss.  Doc. 6.  The motion asserts this case is moot because Petitioner was removed from the United States and returned to Bolivia on September 6, 2006.  *Id.*  An attachment to the motion, doc. 6, supports that assertion.

It is noted that the order directing service, doc. 4, was returned to the Court as "undeliverable" on September 29, 2006.  Doc. 5.  It was Petitioner's copy of the order that was returned indicating Petitioner was no longer at the Wakulla County Jail. *Id.*  Nothing else has been received from Petitioner.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, was granted.  Petitioner did not contest his removal from this country, and he is no longer in custody by virtue of his deportation to Bolivia.

In light of the uncontested assertion by Respondents, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 6, be **GRANTED**, and the § 2241 petition filed by Daniel Cordova Hellon be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on November 28, 2006.

   s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Case Number 4:06cv393-SPM/WCS

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.